[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 6, 2009
THOMAS K. KAHN
CLERK

No. 08-14711
Non-Argument Calendar

_____

D. C. Docket No. 94-00033-CR-J-10

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT GLENDON ALLICOCK,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 6, 2009)

Before TJOFLAT, DUBINA and COX, Circuit Judges

PER CURIAM:

James H. Burke, Jr., appointed counsel for Robert Glendon Allicock in this

appeal of the district court's partial grant of Allicock's motion for sentence reduction,

pursuant to 18 U.S.C. § 3582, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and the district court's partial grant of Allicock's § 3582(c)(2) motion to reduce sentence is AFFIRMED.